# United States District Court
### EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

| | |
|---|---|
| CIARRA PARSON § | |
| § | |
| v. § | CIVIL ACTION NO. 4:23-CV-00526- |
| § | ALM-AGD |
| MATTRESS DEPOT, LLC d/b/a THE § | |
| MATTRESS DEPOT, et al. § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of the United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On July 10, 2024, the Report of the Magistrate Judge, (Dkt. #24), was entered containing proposed findings of fact and recommendation that Defendants' Original Answer (Dkt. #7) be stricken from the record and that Plaintiff's Motion for Default Judgment (Dkt. #22) be denied without prejudice.

Having received the Report of the United States Magistrate Judge, and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Defendants' Original Answer (Dkt. #7) is **STRICKEN** from the record and that Plaintiff's Motion for Default Judgment (Dkt. #22) is **DENIED WITHOUT PREJUDICE**.

IT IS SO ORDERED.
SIGNED this 19th day of August, 2024.

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE