# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CIARRA PARSONS | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 4:23-CV-00526-ALM-AGD |
| | § | |
| MATTRESS DEPOT, LLC, d/b/a THE | § | |
| MATTRESS DEPOT, et al. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On March 6, 2026, the Report of the Magistrate Judge, (Dkt. #39), was entered containing proposed findings of fact and recommendation that Plaintiff Ciarra Parsons' Corrected Motion for Default Judgment (Dkt. #37) be granted in part and denied in part. That is, the Report recommended Plaintiff's Corrected Motion for Default Judgment be granted with respect to her Title VII sexual harassment claim and denied with respect to her Title VII retaliation claim. The Report further recommended that, should the Court adopt the Report, Plaintiff be granted the opportunity to brief the Court and to be heard on the amount of damages, attorney's fees, and costs of court.

Having received the Report of the United States Magistrate Judge (Dkt. #39), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff Ciarra Parsons' Corrected Motion for Default Judgment (Dkt. #37) is **GRANTED IN PART** and **DENIED IN PART**. That is, Plaintiff's Corrected Motion for Default Judgment is **GRANTED** with respect to her Title VII sexual harassment claim and **DENIED** with respect to her Title VII retaliation claim. It is further **ORDERED** that Plaintiff is **GRANTED** the opportunity to brief the Court and to be heard on the amount of damages, attorney's fees, and costs of court.

Any request for relief not addressed by the Report is denied as **MOOT**.

**IT IS SO ORDERED.**

**SIGNED this 30th day of March, 2026.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE

2