# United States District Court

EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| CIARRA PARSONS<br><br>v.<br><br>MATTRESS DEPOT, LLC and<br>THE GAYLORD GROUP, INC.<br>(both d/b/a THE MATTRESS DEPOT) | §<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 4:23-CV-00526-ALM-AGD |

**MEMORANDUM ADOPTING REPORT AND**
**RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the Report and Recommendation of United States Magistrate Judge ("Report"), this matter having been referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On August 10, 2026, the Report of the Magistrate Judge, (Dkt. #50), was entered containing proposed findings of fact and recommendation that Plaintiff's Brief in Support of Damages, Attorney's Fees, and Costs Following Default Judgment (Dkt. #48) be granted in part. That is, the Report recommended that Plaintiff be awarded (1) compensatory damages in the amount of $150,000.00; (2) punitive damages in the amount of $150,000.00; (3) costs in the amount of $402.00; and (4) attorney's fees in the amount of $10,320.00. The Report further recommended that Defendants be jointly and severally liable for each amount. The Report further recommended that Plaintiff's request for back pay and prejudgment interest be denied. The Report finally recommended that any request for relief not addressed in the Report be denied as moot.

Having received the Report of the United States Magistrate Judge (Dkt. #50), and no timely objections being filed, the Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's Report as the findings and conclusions of the Court.

It is therefore **ORDERED** that Plaintiff's Brief in Support of Damages, Attorney's Fees, and Costs Following Default Judgment (Dkt. #48) is **GRANTED IN PART** as set forth herein. That is, Plaintiff is **AWARDED** (1) compensatory damages in the amount of $150,000.00; (2) punitive damages in the amount of $150,000.00; (3) costs in the amount of $402.00; and (4) attorney's fees in the amount of $10,320.00. It is further **ORDERED** that Defendants are jointly and severally liable for each amount. It is further **ORDERED** that Plaintiff's request for back pay and prejudgment interest is **DENIED**.

It is finally **ORDERED** that all relief not previously granted is hereby **DENIED**.

**IT IS SO ORDERED.**

**SIGNED this 4th day of September, 2026.**

AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE